UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-60716-Cohn-Seltzer**

PAULA BROOKS, individually,
formerly known as "Paula Tarr",

    Plaintiff,

v.

THE OUTSOURCE GROUP, INC.,
a foreign corporation, doing business as
"Medicredit Corporation",

    Defendant.
_____/

FILED by VT D.C.
ELECTRONIC

May 14, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT FOR DAMAGES, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF
### JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, 1367 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendants do business in this District.

## **PARTIES**

3.  Plaintiff, PAULA BROOKS, formerly known as "Paula Tarr", is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.  Defendant, THE OUTSOURCE GROUP, INC., (hereinafter, "DEBT COLLECTOR") is believed to be a Missouri corporation, doing business as "Medicredit Corporation", engaged in the practice of debt collection, with its principal place of business at Three City Place Drive, Suite 690, St. Louis, Missouri 63141

5.  Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.  Defendant regularly collects or attempts to collect debts for other parties. They are a "debt collector" as that term is defined in the FDCPA.

7.  At all times material to the allegations of this complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

8.  With respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, The United States Congress has declared at 15 U.S.C. § 1692:

2

*(a) Abusive practices*

There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

*(b) Inadequacy of laws*

Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect an alleged debt of $74.60 dollars from Plaintiff arising from personal medical services.

10. On October 29, 2008, Defendant sent Plaintiff a written request for payment of an alleged debt.

11. A true copy of the written request is attached hereto Exhibit "A".

12. The debt in question was believed to be discharged in a federal bankruptcy court, Case No. 06-14134-BKC-JKO.

13. On November 11, 2008, Plaintiff notified Defendant in writing, via certified U.S. mail, that Plaintiff both disputed the alleged debt and refused to pay the alleged debt.

14. A true copy of the November 11, 2008 dispute letter is attached hereto as Exhibit "B".

3

15. On or about December 11, 2008, Defendant informed the various credit bureaus of Plaintiff's alleged debt without informing same as to the disputed nature of said debt.

16. On or about March 18, 2009, Defendant communicated in writing by sending a second letter to Plaintiff regarding the alleged debt.

17. A true copy of the second letter is attached hereto as Exhibit "C".

## COUNT I
## UNLAWFUL PURSUIT OF DISCHARGED DEBT

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant violated the Fair Debt Collection Practices Act by using a deceptive means in violation of 15 U.S.C § 1692e, by engaging in conduct the natural consequence of which is to harass, oppress or abuse in violation of 15 U.S.C § 1692d, and by engaging in an unfair and deceptive practice in violation of 15 U.S.C § 1692f by pursuing a debt that was discharged in bankruptcy.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of the instant suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO COMMUNICATE DISPUTED STATUS OF DEBT

20.  Plaintiff incorporates Paragraphs 1 through 17.

21.  By communicating the alleged debt to the various credit bureaus without inform the various credit bureaus with respect to the disputed nature of Plaintiff's debt, Defendant violated 15 U.S.C. §1692e(8).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.  Damages;

    b.  Attorney's fees, litigation expenses and costs of the instant suit; and

    c.  Such other or further relief as the Court deems proper.

## COUNT III
## FAILURE TO CEASE COMMUNICATIONS

22.  Plaintiff incorporates Paragraphs 1 through 17.

23.  After receiving Plaintiff's written notice of refusal to pay, Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c).

5

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. Attorney's fees, litigation expenses and costs of the instant suit; and

c. Such other or further relief as the Court deems proper.

## COUNT IV
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

24. Plaintiff incorporates Paragraphs 1 through 17.

25. Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the FDCPA and FCCPA.

26. Plaintiff seeks a permanent injunction prohibiting Defendants from collecting the alleged debt from Plaintiff.

27. The FCCPA provides for equitable relief, including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

28. Plaintiff seeks both injunctive relief and equitable relief in accordance with her rights under both state and federal law.

WHEREFORE, Plaintiff requests that the Court enter judgment:

a. declaring that Plaintiff does not owe any monies with respect to the alleged debt sought by Defendant;

b. permanently enjoining Defendant and any other parties from collecting upon the alleged debt;

c. Attorney's fees, litigation expenses and costs of suit; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 13TH day of May, 2009.

SCOTT D. OWENS, ESQ.
Attorney for Plaintiff
Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200
Hollywood, FL 33021
Telephone: 954-923-3801
Facsimile: 954-967-2791
scott@cohenowens.com

By: _____
Scott D. Owens, Esq.
Florida Bar No. 0597651

7

PO Box 7206
Columbia, Mo. 65205

9900


0101

**PHONE:** (888) 281-0713



| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| October 29, 2008 | $74.60 | 083036209 |

SHOW AMOUNT PAID HERE  $

PAULA TARR
4520 NE 18TH AVE
POMPANO BEACH, FL 33064-5871

MEDICREDIT CORPORATION
P.O. BOX 411187
ST. LOUIS, MO 63141-3187

9900*SI40WRO22001284
400004A

```
            # of Accounts on file:   2
            Total Balance on file:   $74.60
            Primary Account #:       083036209
```

Creditor: SIGNET DIAGNOSTICS - SOUTH FLORIDA MMR

Dear Mr./Ms. Tarr

The account(s) listed below have been added to our files for collection in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

```
CLIENT                                          BALANCE DUE
SIGNET DIAGNOSTICS - SOUTH FLORIDA MMR            74.60
```

This letter is an attempt from a debt collection agency to collect a debt and any information obtained will be used for that purpose.

FREE SERVICE: We can print your check for you - call for details.

CRAIG OLSON
Debt Collector

Office Hours: 8AM-9PM Monday - Thursday   8AM-7PM Friday   9AM-5PM Saturday

01

# EXHIBIT A

**Law Offices of Paula Brooks, P.A.**
**4520 NE 18th Avenue**
**Pompano Beach, FL  33064**

Certified County/Circuit Civil Mediator
Arbitrator
Also Admitted in Illinois

**VIA CERTIFIED AND REGULAR U.S. MAIL**

November 11, 2007

Craig Olson
Medicredit Corporation
P.O. Box 411187
St. Louis, MO  63141-3187

                              Your File No: 083036209
                              Your Client:  Signet Diagnostics-South Florida MMR

Dear Mr. Olson:

This letter is in response to your letters/statements dated October 28, 2008, received November 6, 2008, and October 29, 2008, received November 10, 2008, and addressed to my former name.

**Be advised the alleged debt you are attempting to collect is disputed and not a valid, collectible debt, and, therefore, your client can expect no payment.**

Provide documentation supporting the validity of the alleged debt including (1) date(s) and type(s) of service allegedly rendered and the name of the patient; (2) all relevant insurance claims and payments; (3) all billing/statement and proof of receipt thereof; and (4) any other relevant documents.

Be further advised that I will pursue all legal and administrative avenues available to me including, but not limited to, damages, fees, costs, and the fine for violation provided in the Federal Fair Debt Practices Collection Act and applicable state statutory and regulatory law.

Finally, do not telephone regarding this matter; rather, direct any further contact or communication concerning it in writing to this office.

                                                  Sincerely,

                                                  LAW OFFICES OF PAULA BROOKS, P.A.

                                                  Paula Brooks

                                                  Paula Brooks

# EXHIBIT B          Phone and fax (954) 545-3372

# MediCredit Corporation
P.O. Box 7206 • Columbia, MO 65205-1206 • 877-395-3125

03/18/09

Paula Tarr
4520 NE 18th Ave
Pompano Beach, FL 33064

**To Whom It May Concern:**

Please review the itemized statement that you requested on the outstanding bill(s) owed to Signet Diagnostics – SFL.

If there is anything else I can do to assist you in resolving this matter or if you have any questions, please let me know.

Please be advised that some accounts may be written off to a zero balance on the itemized statements at the time the account is listed with our company.

Thank you for your cooperation.

Sincerely,

# Chuck Morris
Recovery Specialist
MediCredit Corporation


THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

# EXHIBIT C

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
PAULA BROOKS, individually, formerly known as "Paula Tarr"

### DEFENDANTS
THE OUTSOURCE GROUP, INC.

(b) County of Residence of First Listed Plaintiff  **Broward County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **St. Louis, MO**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Scott D. Owens, Esq./COHEN & OWENS, P.A.
3801 Hollywood Boulevard, Suite 200, Hollywood, FL 33021
Phone: 954-923-3801

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:09CV 60716 - Cohn BSS

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO
JUDGE                                    DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
VIOLATION OF THE FDCPA

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  5/13/09

FOR OFFICE USE ONLY
AMOUNT  350⁰⁰    RECEIPT #  546284    IFP